## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:16-cr-54 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| JOSE VILLANUEVA-RIOS, | : | |
| | : | |
| Defendant. | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 15)

This case is before the Court on the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 15), wherein the Magistrate Judge recommends that Defendant's plea of guilty to Count One of the Information (Doc. 10) be accepted and that the Presentence Investigation Report ("PSR") be prepared on an expedited basis.  Consideration as to acceptance or rejection of the parties' proposed binding plea agreement was deferred until this Court has had the opportunity to review the PSR.  (Doc. 15 at 3).  The parties did not file objections to the Report and Recommendations, and the time for doing so has now expired.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendation (Doc. 15) of the United States Magistrate Judge should be, and is hereby, **ADOPTED**.  Accordingly, Defendant is hereby adjudged **GUILTY** of Count One of the Information.  (Doc. 10).  The Court defers acceptance of the parties' proposed binding plea agreement until the Court has had the opportunity to review Defendant's

PSR.  However, as the PSR was previously ordered and the final disclosure date is set for July 25, 2016 (Doc. 16), expedited preparation is not required.

The Court will contact the parties to schedule a date and time for the sentencing hearing and a notice of hearing will be docketed by separate entry.

**IT IS SO ORDERED.**

Date:  7/22/2016                              _____*s/ Timothy S. Black*_____
                                                            Timothy S. Black
                                                            United States District Judge